## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Cam Long, having been sworn, state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent since March 2024. I am currently assigned to the Crimes Against Children and Human Trafficking Task Force of the Boston Field Office, where I conduct investigations of crimes concerning child exploitation and human trafficking. I was employed as a Special Agent with the Pennsylvania Office of Attorney General from 2021-2024 where I conducted investigations and arrests related to white-collar crimes, theft, fraud, and other violations of Pennsylvania Law. Prior to that, I was employed by the Virginia State Police from 2018-2021 and received extensive training at their academy in Richmond, Virginia and elsewhere.

2. My experience as an FBI Special Agent has included the investigation of cases involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence seizure and processing, and various other criminal laws and procedures. I have personally participated in the execution of search warrants involving the search and seizure of cellular telephones, social media accounts, email accounts, and other electronic devices.

3. I have participated in investigations of human trafficking, drug trafficking, financial crimes, and related offenses. Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies. I have debriefed, and continue to debrief, defendants, informants, and witnesses who have personal knowledge about human

trafficking, including sex trafficking, and other crimes occurring in Massachusetts and nationally. I have conducted investigations related to the financial crimes associated with human trafficking and have reviewed and analyzed financial records in such investigations. As such, based on my training and experience, I have become familiar with the methods, routines, and trends in human trafficking, including methods used by human traffickers to acquire, conceal, and launder proceeds from these crimes. I am also familiar with the methods that sex traffickers use to recruit, entice, transport, harbor, smuggle, and arrange for victims to participate in commercial sex acts for the traffickers' financial benefit.

4. Based on my training and experience, I am familiar with the methods, routines, and trends in sex trafficking, including methods used by sex traffickers to acquire, conceal, and launder proceeds of these crimes. I am also familiar with the methods that sex traffickers (colloquially known as "pimps") use to recruit, entice, transport, harbor, smuggle, and arrange for victims to participate in commercial sex acts for the pimps' financial benefit.

5. This affidavit is submitted in support of an application for a criminal complaint charging Daniel RODRIGUEZ (YOB 1989) with Sex Trafficking by Force, Fraud, or Coercion, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1).

6. As described below, there is probable cause to believe that, in and around September 2025 until January 2026, RODRIGUEZ did recruit, entice, harbor, transport, provide, obtain, maintain, or solicit Victim 4 (YOB 1998), to engage in a commercial sex act and that he accomplished this through force, fraud, coercion, or a combination of any of those means.

7. This affidavit is based on my personal investigation and investigation by others, including law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by conferring with witnesses, other law enforcement officers,

2

and examining evidence obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation but, rather only those facts sufficient to establish probable cause.

8. I have probable cause to believe that RODRIGUEZ trafficked Victim 4 in 2025 and 2026 but, as the complaint affidavit outlines, RODRIGUEZ has been trafficking multiple other women or girls since at least 2017. RODRIGUEZ transported Victim 4 to engage in commercial sex acts out of Massachusetts, as well, including but not limited to in New Jersey, South Carolina, Florida, Tennessee, Connecticut, and Maine.

## STATEMENT OF PROBABLE CAUSE

*January 13, 2026, Criminal Conduct of RODRIGUEZ*

9. On January 13, 2026, members of the Massachusetts State Police were on patrol and observed a white Mercedes GLS450 on Route 24 south in Randolph. The operator of the vehicle was observed to be accessing a cell phone for approximately one minute. Troopers attempted to effectuate a traffic stop by activating their lights and sirens. The white Mercedes pulled over but as the trooper exited his police car to approach the driver, the driver drove away at a high rate of speed. Members of the Massachusetts State Police began to pursue the Mercedes, which was driving erratically into all travel lanes, almost striking numerous vehicles and travelling in the breakdown lane.

10. Troopers stopped pursuit but were notified moments later that the same Mercedes had crashed on the on ramp from Route 24 South to Harrison Boulevard East. The trooper who attempted to conduct the initial traffic stop arrived and identified it as the same Mercedes that had fled from the police. The Mercedes was flipped onto the driver's side.

11. Troopers were speaking with Victim 4, who had been a passenger in the motor

vehicle. Victim 4 had injuries to her lip, and she was suffering from head and neck pain. She initially said that she was driving the vehicle and then admitted that someone else had been driving the car and identified RODRIGUEZ by name and by photograph as the driver of the car. She stated that she and RODRIGUEZ had been at the Holiday Inn in Dedham and were travelling to the Fairfield Inn and Suites in Middleboro, Massachusetts, when the state trooper attempted to stop their vehicle. Victim 4 told investigators that RODRIGUEZ was her boyfriend of four months. I confirmed that, on January 13, 2026, photographs of Victim 4 had been posted in commercial sex ads advertising her availability in Dedham, Massachusetts.

12. Victim 4 stated that RODRIGUEZ had been driving over 100 m.p.h. just before he crashed the Mercedes. After the flipping the vehicle, RODRIGUEZ grabbed certain belongings, including her (Victim 4's) cell phone from the car, climbed out of the vehicle where she remained, and fled on foot. Victim 4 said that RODRIGUEZ was wearing a black jacket with a large Boston Celtics emblem on the back when he fled. Numerous condoms were located within the vehicle as well as a bag of women's clothing.

13. Victim 4 was transported from the scene to the Boston Medical Center. She was discharged several hours later. Hospital security surveillance video footage showed Victim 4 being escorted out of the hospital by an unknown male and entering a Ford Explorer.

14. Members of law enforcement noted that, almost immediately after being discharged from the hospital, commercial sex advertisements featuring Victim 4 were posted again for sex dates in Middleboro, Massachusetts. Officers responded to a hotel in Middleboro, Massachusetts, and confirmed that Victim 4 had registered there. Hotel surveillance video depicted Victim 4 checking in and then propping open a side door at the hotel. Within a minute, RODRIGUEZ entered the propped-open side door and going directly to Victim 4's room. In the video,

RODRIGUEZ wore a black jacket with a large Boston Celtics emblem on the back.

15.     On January 14, 2026, at approximately 9:45am, members of the Massachusetts State Police Violent Fugitive Apprehension Section ("VFAS") executed a state arrest warrant issued out of the Quincy District Court for Daniel RODRIGUEZ.  They obtained a key card for the room registered to Victim 4 at the Fairfield Inn and Suites in Middleboro, Massachusetts.  RODRIGUEZ was located in that hotel room and was placed under arrest.

*Rodriguez's Trafficking of Victim 4*

16.     Victim 4 told investigators that she met RODRIGUEZ in or around 2021 when he posed as a sex buyer interested in paying her for commercial sex.  RODRIGUEZ travelled to a hotel in Lexington, Massachusetts, where he paid Victim 4 to engage in a sex act with him.  As soon as they were done, RODRIGUEZ asked to become her "manager."  He told her that he could provide her with a better life and that he would keep all the money she made but pay for whatever she needed.  She declined his offer. RODRIGUEZ asked her multiple times and "dragged his feet" before ultimately leaving.

17.     RODRIGUEZ kept in touch with Victim 4 via sporadic text message.  Approximately one year later, Victim 4 was engaging in commercial sex in Pennsylvania when RODRIGUEZ showed up where she was working.  He had texted her from a false number and sent her a fake picture of himself so she would not know that it was him.  RODRIGUEZ paid her for sex and again attempted to recruit her to work for him.  Victim 4 again declined despite RODRIGUEZ's persistence.

18.     Several months later, RODRIGUEZ appeared at a hotel in New Jersey where Victim 4 was engaging in commercial sex.  He again posed as a sex buyer by using a false number and a fake photograph.  After he arrived at her room, Victim 4 was uncomfortable and told him

that he needed to stop and this was the "last time." RODRIGUEZ paid Victim 4 to engage in a sex act and then again attempted to recruit her. This time, he was agitated, calling her a "bitch" and "stupid" and promising her that her life was going to "go downhill." Victim 4 blocked RODRIGUEZ from her contacts after this incident. Despite this, RODRIGUEZ continued to call Victim 4 from a blocked number. She would always hang up when she learned it was him.

19. At some point around 2024, RODRIGUEZ appeared at a hotel in Connecticut. He again posed as a sex buyer, using a fake number and sending a false picture. This time when he showed up at Victim 4's room, she refused to answer. RODRIGUEZ banged aggressively on her door and ultimately left after she threatened to call to the police. Victim 4 continued to block RODRIGUEZ's number and would not answer blocked calls.

20. In early September 2025, after struggling with several personal tragedies, Victim 4 called RODRIGUEZ. He immediately drove to Pennsylvania to pick her up.

21. Despite Victim 4 telling RODRIGUEZ that she was five days sober and had just detoxed from heroin, RODRIGUEZ drove her to Providence, Rhode Island, where he purchased cocaine and demanded she take it so that she could stay up to work all night. He then drove her to the Envision Hotel in Mansfield, Massachusetts, where he told her to post her commercial sex advertisements and start engaging in commercial sex. The two determined the rates that they would charge sex buyers for specific commercial sex acts. Soon thereafter, sex buyers started to contact Victim 4 and arrive at the hotel for commercial sex dates. RODRIGUEZ would sit in the parking lot while Victim 4 engaged in sex acts with the buyers. When they finished, Victim 4 would text two check marks to indicate that the sex buyer had left the room, and RODRIGUEZ would immediately come to the room to collect the money that she had made. RODRIGUEZ kept all of the proceeds received by Victim 4 from sex buyers and provided Victim 4 with condoms and

other items she needed.

22. After several months, in November 2025, RODRIGUEZ's demeanor changed. He became aggressive and had daily fits of rage during which he yelled at her and called her names such as "bitch," "dumb," and "useless." He would also throw objects near her, punch walls around her, and get in her face to scream at her. He repeatedly told her that he wanted to hurt her. Victim 4's was in fear of RODRIGUEZ.

23. RODRIGUEZ also threatened Victim 4, He told her that he was never going to let her go and that she would "find out what happens" if she left. He told her that he would visit girls who used to work for them, wherever they were currently working, and surprise them. He said that when he found his prior workers, he would sometimes break into their hotel rooms and steal their belongings. He also told her that he could send friends to find girls who used to work for him and that they would rob or hurt the girls. Victim 4 was aware that RODRIGUEZ had previously located and gained access to her repeatedly by using fake numbers and false photos, consistent with his threats. All of this further contributed to Victim 4's fear of RODRIGUEZ.

24. Victim 4 indicated that RODRIGUEZ'S rage would be triggered if she did not follow his directions. He was specific in how he required her to do things, including that she had to tear condom wrappers into three pieces before flushing them after engaging in commercial sex acts.

25. Victim 4 told investigators that RODRIGUEZ brought her to outcall commercial sex dates throughout Massachusetts as well as in Maine and Connecticut. He would have her do in-calls at hotels in Massachusetts. In November of 2025, he drove her to Florida to make money through commercial sex. They stopped in New Jersey and South Carolina on the drive down and

she engaged in commercial sex in both states for his gain.[1] When they arrived in Florida, they stayed several days so that Victim 4 could engage in commercial sex for RODRIGUEZ there. Victim 4 observed RODRIGUEZ to have access to a firearm while in Florida. On the drive back to Massachusetts, they again stopped in South Carolina. While they were there, RODRIGUEZ recruited a new victim to traffic for commercial sex. He drove the new victim home to Massachusetts and required Victim 4 to stay behind in South Carolina. Victim 4 engaged in additional commercial sex activities on RODRIGUEZ's behalf in South Carolina, and then he sent an Uber to drive her from South Carolina to Knoxville, Tennessee, where she engaged in still more commercial sex work on his behalf. She subsequently traveled by plane from Tennessee back to Boston, Massachusetts when RODRIGUEZ instructed her to.

26. On December 23, 2025, RODRIGUEZ was stopped by police for driving with a cracked windshield in Wayland, Massachusetts. Victim 4 was in the car at that time. RODRIGUEZ's driver's license had been previously suspended and he was ordered out of the motor vehicle. Victim 4 did not have a valid license, so officers conducted an inventory search of RODRIGUEZ's car before towing it.

27. During the course of the inventory search, officers located a black bag with $2,000 cash and condoms on RODRIGUEZ's seat. A second black bag was located where the Victim 4 had been sitting. That bag contained a smaller bundle of cash, more condoms, and other feminine items. I have confirmed that on the same day as that vehicle stop (December 23, 2025), Victim 4 was posted on commercial sex websites advertising her availability in Dedham, Massachusetts.

28. In early January, RODRIGUEZ forced Victim 4 to have sex with him, on multiple

---

[1] I have reviewed hotel reservations and commercial sex acts advertisements which corroborate Victim 4's travel from Massachusetts to Florida and then back up through South Carolina and Tennessee.

occasions without her consent. When she would tell him no or attempt to resist, he would simply ignore her. He began holding onto her identification and debit cards so that she could not leave him.[2] RODRIGUEZ also told Victim 4 that he had recently sent a friend to pose as a sex buyer with a former victim of his and that he then barged into her room when his friend was leaving. RODRIGUEZ told Victim 4 he threatened that prior victim before fleeing after she called the police.[3] All of these factors further contributed to Victim 4's fear of RODRIGUEZ.

29.     On or about January 10, 2026, Victim 4 attempted to leave RODRIGUEZ and fled to New Jersey. RODRIGUEZ called Victim 4 relentlessly and she finally answered the phone. During the call, he said he was in Providence, Rhode Island. But that was not true; he had looked up where she had posted commercial sex advertisements and had travelled to the same town in New Jersey. While speaking to her, he was also texting her from a fake number purporting to be a sex buyer to ascertain her location. When she provided it, RODRIGUEZ showed up in person at her room. RODRIGUEZ threatened to kill himself or have the police kill him if she did not leave with him. This was particularly coercive given RODRIGUEZ's knowledge that, in the summer of 2025, Victim 4 had been on scene when her then-boyfriend overdosed. RODRIGUEZ hugged Victim 4 and continued to grab her until she started to struggle and make a scene in a public area of the hotel. RODRIGUEZ then left, coming back hours later, demanding that Victim 4 come with him back to Boston.

30.     Victim 4 returned to Massachusetts with RODRIGUEZ and was a passenger in the car with him during the January 13, 2026, incident with Massachusetts State Police described

---

[2] I am aware that, when RODRIGUEZ was arrested on January 14, 2026, he had Victim 4's PNC Bank Visa debit card on his person.

[3] I have reviewed a Boston police report that corroborates this incident.

above. According to Victim 4, when a trooper pulled them over but before he approached their vehicle, RODRIGUEZ immediately started yelling at her, telling her it was her fault because he had asked her to drive the car that day. As the trooper approached them, RODRIGUEZ told Victim 4 he was just going to leave and then pulled off at a high rate of speed. While fleeing the trooper, RODRIGUEZ yelled at Victim 4 that this was all her fault and that she needed to switch seats with him to make it look like she was driving. Victim 4 told him she did not want to switch seats while the car was travelling so fast. RODRIGUEZ started banging the steering wheel, then increased his speed further before crashing the vehicle. It felt to Victim 4 as though the vehicle flipped over twice before coming to rest upside-down. RODRIGUEZ immediately got out of the vehicle, leaving her alone inside.[4] He gave Victim 4 the sweatshirt he had been wearing and told her to put it on to make it look as though she had been driving. RODRIGUEZ then grabbed his belongings and fled, leaving Victim 4 alone with the flipped car.

31. Victim 4 acknowledged that while she had at initially told police that she had been driving the car as RODRIGUEZ instructed her to do, she got scared and then told officers the truth and identified RODRIGUEZ by name and photo. Victim 4 was transported to the hospital. She recounted that, when she was being discharged hours later, medical staff told her that someone was there to pick her up. VICTIM 4 entered the waiting room and an unknown male whom she had never met before told her he was there for her. He brought her outside and put her in a Ford Explorer.[5]

32. RODRIGUEZ was waiting in the Explorer. He immediately began questioning

---

[4] I am aware that this vehicle was located by members of law enforcement flipped onto its driver's side.

[5] I have watched surveillance video from the hospital that corroborates this.

10

Victim 4 about what she told police about who was driving the car that flipped over. She told RODRIGUEZ that she did not disclose his identity to law enforcement (even though she had disclosed it, but she was afraid to admit that to RODRIGUEZ). The man then drove RODRIGUEZ and Victim 4 to the Fairfield Inn and Suites in Middleboro, where RODRIGUEZ told her she needed to start posting commercial sex ads again because they needed money.[6] RODRIGUEZ was arrested by state authorities the following morning.

*Rodriguez's History of Sex Trafficking Women and Girls*

33.     I am also aware of evidence, set forth below, that RODRIGUEZ trafficked at least three other women and girls ranging from ages 17-27 between 2017 and 2026.

34.     On June 18, 2018, law enforcement in Hartford, Connecticut, were searching for a 17-year-old female, Victim 1, who had been reported missing out of Chicopee, Massachusetts.[7]

35.     Officers noted that a phone number associated with Victim 1 was being used to advertise her for commercial sex on at least one commercial sex website. Members of law enforcement reached out to the phone number associated with Victim 1 to request to meet with Victim 1, under the guise of wanting to engage in a commercial sex act with her. Law enforcement arranged to meet Victim 1 at the Homewood Suites in Arlington, Massachusetts.

36.     A short time later, officers observed a black Infinity SUV with Virginia license plates enter the parking lot of Homewood Suites. An officer noted that the driver of the vehicle was a light skinned black male, wearing a red shirt.[8] A female was reclined in the front passenger

---

[6] I observed posts that Victim 4 made which resumed that evening after she was released from the hospital.

[7] While I did not personally participate in the 2018 investigation, the information related to this investigation is based on my review of local police reports and my communications with law enforcement officers who had participated in that investigation.

[8] One of the officers who observed this black male identified him from Arlington Police

seat. Officers identified the female in the front passenger seat as the person in the image distributed to law enforcement depicting the missing 17-year-old juvenile, Victim 1.

37. When officers began to position their vehicles to approach the car, the car exited the parking lot and travelled at a high rate of speed down Massachusetts Avenue in Arlington, MA. Officers briefly lost sight of the vehicle and observed it again at the corner of Mystic Valley Parkway and Decatur Street in Arlington, MA. Officers activated their blue lights and attempted to approach the vehicle but it sped away and fled from officers onto Route 93 Southbound, where officers lost sight of the vehicle.

38. Multiple law enforcement agencies began to canvas the area for the black Infinity SUV. A person known to law enforcement (Witness 1) called the Medford Police Department and reported that a black male was observed throwing trash and clothing out of the passenger side of a black Infinity SUV in front of a particular address in Medford. Witness 1 said that the black male then left the black SUV outside of the Medford address and drove away in a separate vehicle that had been parked across the street.

39. When officers responded to the Medford address, they observed property abandoned on the sidewalk. Specifically, they observed a dark gray duffle bag with Victim 1's first name on it. This bag was unzipped and appeared to contain female clothing. Also located were multiple shoe boxes and personal papers including a receipt from Western Union with the name of Daniel RODRIGUEZ listed on it. This had RODRIGUEZ's address in Jamaica Plain listed on it. Officers dialed the phone number associated with Victim 1 and a pink cell phone was located under the window of the Medford address, having apparently been thrown from the car.

40. The Black Infinity SUV was, in fact, parked outside of the Medford address. A

---

records as Daniel RODRIGUEZ.

search warrant was executed on that vehicle and assorted documents belonging to Daniel RODRIGUEZ, one magnum condom, 3 Vanilla Visa gift cards, as well as female clothing and lingerie were located in the car.

41. While Victim 1 was initially uncooperative with law enforcement, in September 2025, Victim 1 disclosed RODRIGUEZ's trafficking of her to law enforcement. She indicated that in early 2018, she was a 17-year-old junior at a high school in Western Massachusetts. In April 2018, she met "RODRIGUEZ" on "MeetMe", an application that purports to connect like-minded people in one's geographical area for "friendship or a serious relationship." Victim 1 identified "RODRIGUEZ" as Daniel RODRIGUEZ who, at the time, was twenty-eight or twenty-nine years old. The two messaged for approximately two days before RODRIGUEZ picked her up at her mother's house in Western Massachusetts. While Victim 1 represented herself as 18 years old on the MeetMe application, within days she was honest with RODRIGUEZ about being only seventeen-years-old.

42. During the ride to Boston, RODRIGUEZ explained to Victim 1 that he would take her away from her home but that she needed to help him make money. He explained to her that he was going to advertise her and that she was going to have to have sex for money. When they got to the first hotel in Boston, RODRIGUEZ and Victim 1 were intimate. Within a day or two, RODRIGUEZ began advertising Victim 1 on websites such as Backpage. RODRIGUEZ would pay for these advertisements with prepaid gift cards, such as Vanilla Visa Gift cards.[9] RODRIGUEZ first posted photos of people other than Victim 1, but later had his friend come and

---

[9] I am aware that Vanilla Visa Gift Cards can be purchased at various locations without the need to show identification. Unlike a credit or debit card, a person can purchase items with Vanilla Visa Gift Cards anonymously and avoid detection from law enforcement. Vanilla Visa Gift cards can be used int eh United States everywhere Visa debit cards are accepted.

take "professional" photographs of her where he told her what to wear and taught her how to pose.

43. At first, the advertisements were linked to RODRIGUEZ's Text Now number. Buyers would contact RODRIGUEZ and he would handle all negotiations. Over time, RODRIGUEZ taught Victim 1 how to use the website, bought her a phone, and allowed her to communicate with sex buyers directly. He was usually around when she was communicating with them and required her to notify him of all commercial sex dates. RODRIGUEZ advertised Victim 1 as 22 years old, despite knowing her to be only 17.[10]

44. RODRIGUEZ set Victim 1's rates, which were $200 for a half hour or $350 for an hour. RODRIGUEZ required Victim 1 to collect the money upfront and to contact him as soon as she was done with dates. All men had to wear condoms, although RODRIGUEZ continued to have unprotected sex himself with Victim 1. Sex buyers were permitted to have vaginal or oral sex with Victim 1. Victim 1 had to give RODRIGUEZ all of the proceeds. RODRIGUEZ would get angry if Victim 1 was not making enough money or was "talking back" to him,. He would yell at her and was physically violent with her at times. Victim 1 described instances where RODRIGUEZ would smack or slap her in her face and one occasion where he choked her.[11] If they did not make enough money to at least cover a hotel room and food for the following day, RODRIGUEZ would abuse Victim 1 by forcing her to stay awake and continue to work until she made enough money.

---

[10] Based on my training and experience and information provided to me by other agents, I am aware that many commercial sex websites required the individuals being advertised to be 18 years old and do not permit advertisements for individuals under 18.

[11] I have reviewed three separate police reports from 2019 where third parties observed RODRIGUEZ be violent toward Victim 1, including, but not limited to, by pulling her by her hair into a car and chasing he through a parking lot. On all three occasions, when police responded, Victim 1 denied physical violence.

45. At some point between April and September 2018, RODRIGUEZ also got Victim 1 a fake ID. He used another girl's social security number and brought her to the RMV in Rhode Island. She used that ID to get a job stripping at the Foxy Lady in Providence where she stripped and did commercial sex dates. RODRIGUEZ drove her to and from the club and collected all of the proceeds. At some point, RODRIGUEZ and Victim 1 began staying at an apartment in Revere, Massachusetts, where Victim 1 was ultimately recovered by law enforcement and the Department of Children and Families in September 2018.

46. After Victim 1 was located by law enforcement in September 2018, she was ultimately released to her mom with an ankle bracelet. She was permitted to travel out of her home to her job. RODRIGUEZ would meet her at her work and have sex with her in his car. He would also communicate with her over the phone and encourage her to run away and join him again as soon as she turned eighteen later that fall.

47. When Victim 1 turned eighteen, she again left school and home to be with RODRIGUEZ. They returned to Boston and stayed together for approximately two years. During that time, she engaged in commercial sex activities for RODRIGUEZ in Boston and Rhode Island and had to give him all of the proceeds. He would check her bags and belongings to ensure that she was not hiding money. He continued to be violent if she was non-compliant.

48. During this time, RODRIGUEZ began to transport Victim 1 out of New England. He brought her to Houston and Miami on multiple occasions to engage in commercial sex. On one trip to Houston, when they were there for several weeks, he had her recruit another girl, who ended up working with them until they left to return to Boston.

49. In the summer of 2020, Victim 1 learned she was pregnant. RODRIGUEZ required her to continue to work until she was six or seven months pregnant. When she was seven months

pregnant and with him in Houston, the two were fighting in a car about her wanting to leave. He choked her until she could not breathe and she was concerned she would lose the baby. Within a day, she took the money that she made working at a strip club that night and, rather than returning home to him, bought a plane ticket home to her mother.

50. I have reviewed screenshots of Snapchat communications between a person identified as RODRIGUEZ and Victim 1. In approximately May 2018, RODRIGUEZ messaged Victim 1 that "I got a new Bitch. You and her together will be litty. Y'all two can really be finenessing (*sic*) the shit out these tricks[12]… You know I'm take you to the top baby." In another message, RODRIGUEZ messaged Victim 1: "If you realized you made a mistake, your still new to this. It's not to late I will take you back no charge." In yet a third message, RODRIGUEZ told Victim 1, "I got the paper work to get you a id. Come home wit me so we can get back to the real money. Nobody going to have you making more money then I am. I'm have you really hittin for big money. Have you in your own foreign car for the summer. I miss you. I want to have it all with u. Come back to your papi."

51. I have reviewed commercial sex advertisements posted on adultlook.com in May 2018, which depict a person identified as Victim 1 being advertised. I have reviewed screenshots of Snapchat messages where Victim 1 sent these images to RODRIGUEZ's account. I have reviewed additional commercial sex advertisements of Victim 1 from May 30, 2018, June 5, 2018, and August 29, 2018.

*Rodriguez's Attempted Trafficking of Victim 2*

52. A second victim, Victim 2, reported to law enforcement in 2025 that, in 2017, she

---

[12] I am aware that "tricks" can refer to commercial sex acts.

was 18 years old and living in Massachusetts with her seven-month-old son. She met RODRIGUEZ on "Meet Me." RODRIGUEZ had his name listed as "Dee." The two communicated on the app for a couple of weeks before meeting up for the first time at her apartment. When they met up, they used marijuana, drank alcohol and had sex. Victim 2 described RODRIGUEZ as being "charismatic and charming."

53. Victim 2 met RODRIGUEZ approximately four to five times at her apartment before an incident in which RODRIGUEZ turned violent. During that incident, RODRIGUEZ told Victim 2 that she was going to have to start coming with him to Boston to entertain men in hotel rooms, make them happy, and collect money. He told her that he would then come collect the money and pick her up. Victim 2 told RODRIGUEZ that she did not want to do that, understanding that he meant engage in commercial sex. She told him she had never done that before, and that she would have no one to watch her son. RODRIGUEZ told her she was making excuses. When she said no and started to walk away, he grabbed her from behind, spun her around, shoved her against the wall and put his hand to her throat. He told her that if she did not do what he said he was going to kill her and her son. Victim 2 was petrified and agreed to appease him. RODRIGUEZ told her he would be in touch about when and where he was going to pick her up.

54. Two days later, RODRIGUEZ texted Victim 2 that he was coming to her house to bring her to Boston. Victim 2 did not respond. He started texting her relentlessly that she needed to answer him. She blocked him from the MeetMe App and from all other platforms and did not hear from him again.

55. I have confirmed that, RODRIGUEZ activated the MeetMe account used to recruit Victims 1 and 2 in April of 2017. That account remains active, with a new photo of the person I recognize as Daniel RODRIGUEZ being uploaded as recently as October 16, 2025.

*Rodriguez's Suspected Trafficking of Victim 3*

56. On September 24, 2023, Victim 3 was transported to Charlton Hospital after getting into a domestic dispute with RODRIGUEZ at this then-residence in Swansea, MA. Victim 3 reported to law enforcement at the hospital that RODRIGUEZ was running a sex trafficking operation at his home in Swansea. She indicated that RODRIGUEZ was selling girls every day and that, as recently as the previous night, had picked a new female up from Providence and brought him to his house to work for him.

## **CONCLUSION**

57. Based on the foregoing, I respectfully submit that there is probable cause to believe that, between in and around September 2025 and in or around January 2026, Daniel RODRIGUEZ, did, in or affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, a person – that is, Victim 4 knowing she would be caused to engage in a commercial sex act, and that he did so by means for force, fraud, coercion or any combination thereof in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1).

58. Attested to under the pains and penalties of perjury by telephone in accordance with Fed. R. Crim. P. 4.1 on January 16th, 2026.

*Cam Long*
Cam Long
Federal Bureau of Investigations

Worcester

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone, on this ~~14th~~ 16th day of January 2026, at ~~Boston~~, Massachusetts.

3:19 p.m.

_____
HONORABLE David ~~H. Hennessy~~
UNITED STATES MAGISTRATE JUDGE

19