UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
26-4115-DHH

UNITED STATES OF AMERICA

v.

DANIEL RODRIGUEZ

## MEMORANDUM AND ORDER OF DETENTION

January 23, 2026

Hennessy, M.J.

Defendant Daniel Rodriguez is charged by criminal complaint with Sex Trafficking by Force, Fraud, or Coercion, in violation of 18 U.S.C. § 1591(a)(1) and (b)(1). Defendant initially appeared in this Court on January 23, 2026, the day of his production from the custody of the Commonwealth of Massachusetts. At the initial appearance, the Court appointed counsel to represent Defendant, and the United States moved for detention pursuant to the Bail Reform Act.

At the initial appearance, with the assistance of counsel, Defendant signed a waiver of his right to a preliminary hearing. Based on the written waiver and the Court's colloquy with Defendant, I find that the waiver is knowing and voluntary and is accepted by the Court.

Also at the initial appearance, Defendant assented to a voluntary order of detention without prejudice to seek release later.

Accordingly, it is ORDERED --

2

(1)     That Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendant shall be afforded a reasonable opportunity for private consultation with counsel; and

(3)     That on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release whether or not there have been changed circumstances.

 / s / David H. Hennessy  
David H. Hennessy  
United States Magistrate Judge